IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REUBEN NIEVES,

        Plaintiff,                  No. CIV S-08-1602 JAM KJM PS

    vs.

WORLD SAVINGS BANK,

        Defendant.                 <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Defendant's motion to dismiss is pending before the court.  Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        In this action, removed from state court under diversity jurisdiction, plaintiff, a real estate professional alleges claims for unconscionability, breach of the implied covenant of good faith and fair dealing, and infliction of emotional distress.  Defendant is the holder of plaintiff's home loan.  Defendant moves to dismiss on the ground that all of plaintiff's claims are preempted under the Home Owners Loan Act ("HOLA"), 12 U.S.C. § 1461 <u>et seq</u>.

        Defendant is a federal savings bank and thus subject to regulation by the Office of Thrift Supervision ("OTS").  The OTS, under the authority of HOLA, has promulgated regulations that occupy the entire field for regulation of federal savings associations.  <u>See</u> <u>Silvas</u>

1

1  v. E*Trade Mortg. Corp., 514 F.3d 1001, 1005 (9th Cir. 2008); see also Bank of America v. City
2  and County of San Francisco, 309 F.3d 551, 560-61 (9th Cir. 2002).  Plaintiff's state law claims
3  are expressly preempted by the regulations because all of the claims challenge disclosures,
4  processing, origination, and terms of credit.  See 12 C.F.R. § 560.2(a) & (b)(4), (9), (10).  In his
5  opposition and oral argument on this matter, plaintiff advanced no theory under which he could
6  amend his complaint to overcome preemption.  To the extent plaintiff is attempting to allege a
7  civil rights claim, such a claim is barred by collateral estoppel in that plaintiff raised the same
8  claim in another federal action against the same defendant, Nieves v. World Savings, CIV S-08-
9  988 MCE GGH PS; that action was dismissed on the merits.

   Accordingly, IT IS HEREBY RECOMMENDED that:

   1. Defendant's motion to dismiss be granted.

   2. This action be dismissed without leave to amend.

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

   DATED: October 6, 2008.

   _____
   U.S. MAGISTRATE JUDGE

   006
   nieves.57