UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN NIEVES, | No. 2:08-cv-01602-MCE-KJM |
| Plaintiff, | |
| v. | **ORDER VACATING RELATED CASE ORDER** |
| WORLD SAVINGS BANK, FSB and WACHOVIA MORTGAGE BANK, | |
| Defendants. | |
| REUBEN NIEVES, | No. 2:08-cv-00988-MCE-KJM |
| Plaintiff, | |
| v. | |
| WORLD SAVINGS BANK, FSB and WACHOVIA MORTGAGE CORPORATION, | |
| Defendants. | |

Upon further review, the Court has determined it was not correct to relate the above-referenced cases and hereby vacates its Related Case Order filed on August 21, 2008. The Clerk is ordered to return the cases to the district judge and magistrate judge to whom the first filed action was assigned.

1

1    IT IS THEREFORE ORDERED that the action presently denominated as 2:08-cv-00988-MCE-KJM, <u>Reuben Nieves v. World Savings Bank, FSB, et al.</u>, is returned to Judge Morrison C. England, Jr. and Gregory G. Hollows for all further proceedings. Henceforth, the caption on documents filed in this case shall be shown as 2:08-cv-00988-MCE-GGH.

    IT IS FURTHER ORDERED that the action presently denominated as 2:08-cv-01602-MCE-KJM, <u>Reuben Nieves v. World Savings Bank, FSB, et al.</u>, is returned to Judge John A. Mendez and Kimberly J. Mueller for all further proceedings. Henceforth, the caption on documents filed in this case shall be shown as 2:08-cv-01602-JAM-KJM.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of the civil cases to compensate for this reinstatement.

    IT IS SO ORDERED.

Dated: October 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE