IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REUBEN NIEVES,

    Plaintiff,                       No. CIV S-08-1602 JAM KJM PS

    vs.

WORLD SAVINGS BANK,

    Defendant.                     ORDER

         Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

         On October 6, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations have been filed.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 6, 2008, are adopted in full;

2. Defendant's motion to dismiss is granted; and

3. This action is dismissed without leave to amend.

DATED: January 14, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

nieves1602.802

2